## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**MR. JUAN M. GONZALES**

**&**

**MRS. BRIANA L. GONZALES**

       **Plaintiffs,**

**v.**                                    **Case No.: 15-CV-1155-KG-SCY**

**CITY OF LOS ALAMOS,**
A Municipal Entity Organized Under
The Laws of the State of New Mexico, and

**LOS ALAMOS POLICE / SHERIFFS DEPARTMENT**
A Municipal Entity Organized Under
The Laws of the State of New Mexico, and

**DINO SGAMBELLONE,** the Chief Officer
of the Los Alamos Police Department, Individually, and

**MONICA CASIAS-SALAZAR,** an Officer of the
Los Alamos Police Department, Individually, and

**PATRICK MASSARA**, an Officer of the
Los Alamos Police Department, Individually, and

**DAVID BOE,** an Officer of the
Los Alamos Police Department, Individually, and

**SHELDON SIMPSON,** an Officer of the
Los Alamos Police Department, Individually, and

**DAVID BRADSHAW**, an Officer of the
Los Alamos Police Department, Individually.

       **Defendants.**

1

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the stipulation of the Parties herein to dismiss this matter with prejudice pursuant to Rule 1-041 FRCP, the Court being fully advised in the premises, and further noting that all parties to this action have consented to said dismissal, the Court FINDS that the stipulation to dismissal for all claims against Defendants City of Los Alamos, Los Alamos Police Department, Chief Dino Sgambellone, Officer Monica Casias-Salazar, Officer Patrick Massara, Officer David Boe, Officer Sheldon Simpson, and Officer David Bradshaw is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the claims against Defendants City of Los Alamos, Los Alamos Police Department, Chief Dino Sgambellone, Officer Monica Casias- Salazar, Officer Patrick Massara, Officer David Boe, Officer Sheldon Simpson, and Officer David Bradshawin the above-referenced matter are dismissed with prejudice, disposing of all claims in this matter, and each party will be responsible for paying their own costs and fees in this matter.

_____
UNITED STATES DISTRICT JUDGE

Approved as to form:

/s/ Juan M. Gonzales_____
Juan M. Gonzales, Plaintiff, *Pro Se*

/s/ Briana Leigh Gonzales_____
Briana Leigh Gonzales, Plaintiff, *Pro Se*
2806 Alamosa Drive
Santa Fe, NM  87507
(505) 819-1261

        and

ORTIZ & ZAMORA, ATTORNEYS AT LAW, LLC

/s/ Eugene (Geno) I. Zamora_____
Tony F. Ortiz
Eugene (Geno) I. Zamora
*Attorneys for Defendants*
2011 Botulph Rd., Suite 200
Santa Fe, NM  87505
(505) 986-2900 / (505) 986-2911
tony@ortiz-zamora.com
geno@ortiz-zamora.com